# Exhibit A

TrustedForm | Back to your account

## Certificate of Authenticity for Web Leads

✅ Claimed

| Certificate | Screen Capture | Event Log | Claim History |

# Certificate of Authenticity for Web Leads



Certificate ID: e33d56c57352424c07841d4f200e1564dcdc9848

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | December 24, 2021 |
| Visit time: | 7:39:12 AM MST |
| Time on page: | 4 seconds |

## Where did they visit?

TrustedForm                                                    Back to your account

## Who visited?

Remote IP Address:                                                73.18 ▇▇▇▇

Geographic Location (Approximate):           San Francisco, California, United States

Browser:                                                          Safari 15.2

Operating System:                                            Mac OS X 10.15.6

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the
page including form inputs, mouse movements and clicks. It plays these events back as a screen capture of how      View Screen Capture
the user interacted with the page.

© Copyright 2010-2021 ActiveProspect, Inc. All rights reserved.