UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Loretta Williams, et al.,

Plaintiff(s),

v.

What If Holdings, LLC, et al.,

Defendant(s).

Case No. 3:22-cv-03780-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick H. Peluso, an active member in good standing of the bar of the State of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff and the Class in the above-entitled action. My local co-counsel in this case is Rebecca Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 271662.

| | |
|---|---|
| 3900 E. Mexico Ave., Suite 300<br>Denver, Colorado 80204 | 1939 Harrison St., Suite 150<br>Oakland, California 94612 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (720) 213-0676 | (510) 836-4200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ppelsuo@woodrowpeluso.com | rebecca@lozeaudrury.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47642.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2022                                              Patrick H. Peluso
                                                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick H. Peluso is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                    _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A.D. **2014** and that at the date hereof the said **Patrick Harry Peluso** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **April** A.D. **2022**

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk