**KELLEY DRYE & WARREN LLP**
Becca J. Wahlquist (SBN 215948)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901
bwahlquist@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice forthcoming*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant ActiveProspect, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Loretta Williams,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**What If Holdings, LLC d/b/a C4R Media Corp.,** and **ActiveProspect, Inc.**,<br><br>Defendants. | Case No. 3:22-cv-03780-WHA<br><br>[Assigned to Hon. William Alsup]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: June 27, 2022<br>Current Response Date: August 29, 2022<br>New Response Date: September 12, 2022 |

**RECITALS**

1. On or about June 27, 2022, Plaintiff Loretta Williams. ("Plaintiff") filed the Complaint.

2. ActiveProspect agreed to a waiver of the service of summons (the "Waiver"), which was filed on July 15, 2022. Waiver, ECF No. 15.

3. Pursuant to the Waiver, ActiveProspect's original deadline to answer or otherwise respond to the Complaint is August 29, 2022.

4. Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, Plaintiff and ActiveProspect agree to extend the time for ActiveProspect to answer or otherwise respond to the Complaint to and including September 12, 2022.

5. The change will not alter the date of any event or any deadline already fixed by Court order.

6. Plaintiff and ActiveProspect further agree that ActiveProspect has not waived its right to file a motion to transfer pursuant to 28 U.S.C. § 1404(a) or a pre-answer motion, including a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(1) or 12(b)(6).

**STIPULATION**

Plaintiff and ActiveProspect, by and through their respective counsel, hereby stipulate and agree as follows:

1. The time within which ActiveProspect must answer or otherwise respond to the Complaint shall be extended to and including September 12, 2022.

DATED: August 25, 2022

| | |
|---|---|
| /s/ Rebecca Davis | /s/ Becca J. Wahlquist |
| Rebecca Davis (*SBN 271662*) | Becca J. Wahlquist (*SBN 215948*) |
| LOZEAU DRURY LLP | KELLEY DRYE & WARREN LLP |
| 1939 Harrison St., Suite 150 | 350 South Grand Avenue, Suite 3800 |
| Oakland, CA 94612 | Los Angeles, CA 90071 |
| Telephone: (510) 836-4200 | Telephone: (213) 547-4900 |
| Facsimile: (510) 836-4205 | Facsimile: (213) 547-4901 |
| rebecca@lozeaudrury.com | bwahlquist@kelleydrye.com |
| | |
| Patrick H. Peluso (*Pro Hac Vice forthcoming*) | Lauri A. Mazzuchetti (*Pro Hac Vice forthcoming*) |
| Steven L. Woodrow (*Pro Hac Vice forthcoming*) | KELLEY DRYE & WARREN LLP |
| WOODROW & PELUSO, LLC | One Jefferson Road, 2nd Floor |
| 3900 East Mexico Avenue, Suite 300 | Parsippany, NJ 07054 |
| Denver, CO 80210 | Telephone: (973) 503-5900 |
| Telephone: (720) 213-0675 | Facsimile: (973) 503-5950 |
| Facsimile: (303) 927-0809 | lmazzuchetti@kelleydrye.com |
| ppeluso@woodrowpeluso.com | |
| swoodrow@woodrowpeluso.com | *Attorneys for Defendant ActiveProspect, Inc.* |

*Attorneys for Plaintiff Loretta Williams*

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: August 25, 2022

Respectfully submitted,

/s/ Becca J. Wahlquist
Becca J. Wahlquist (SBN 215948)

---

1

CASE NO. 3:22-CV-03780-WHA
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2022, I electronically filed the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: August 25, 2022

Respectfully submitted,

*/s/ Becca J. Wahlquist*
Becca J. Wahlquist (SBN 215948)