LOZEAU DRURY LLP
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone:  (510) 836-4200
Facsimile:   (510) 836-4205

WOODROW & PELUSO, LLC
Patrick H. Peluso Col. Bar No. 47642*
ppeluso@woodrowpeluso.com
Steven L. Woodrow Col. Bar No. 43140*
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:  (720) 213-0675
Facsimile:  (303) 927-0809

*Appearing *Pro Hac Vice*

*Attorneys for Plaintiffs*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
JAY T. RAMSEY Cal. Bar. No. 273160
1910 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:     310.228.3701
Email:          jramsey@sheppardmullin.com

*Attorneys for Defendant What If Holdings, LLC d/b/a C4R Media Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>WHAT IF HOLDINGS, LLC d/b/a C4R MEDIA CORP., and ACTIVEPROSPECT, INC.<br><br>        Defendants. | Case No. 3:22-cv-3780-WHA<br><br>*Assigned to the Hon. William Alsup*<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT [L.R. 6-1(a)]**<br><br>Complaint Filed: June 27, 2022<br>Trial Date:         None Set |

Pursuant to Local Rule 6-1(a), Plaintiff Loretta Williams ("Plaintiff") and Defendant What If Holdings, LLC ("Defendant"), by and through their respective counsel, stipulate as follows:

## RECITALS

1. WHEREAS, on June 27, 2022, Plaintiff filed the *Class Action Complaint* against Defendant in this action. Dkt. 1.

2. WHEREAS, on July 18, 2022, Plaintiff filed a *Proof of Service* claiming service of the *Summons* and *Class Action Complaint* on July 1, 2022. Dkt. 16.

3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's original deadline to respond to the *Class Action Complaint* was July 22, 2022.

4. WHEREAS, the parties conferred, and agreed to extend Defendant's deadline to answer or otherwise respond to the *Class Action Complaint* by 38 days from July 22, 2022 to August 29, 2022.

5.. WHEREAS, the parties have conferred, and have agreed to extend Defendant's deadline to answer or otherwise respond to the *Class Action Complaint* by an additional 14 days from August 29, 2022 to September 12, 2022.

6. WHEREAS, pursuant to Local Rule 6-1(a), no Court order is required to extend the time within which to answer or otherwise respond because the change will not alter the date of any event or deadline already fixed by Court order.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant's deadline to answer or otherwise respond to the *Complaint* shall be extended 14 days from August 29, 2022 to September 12, 2022.

**IT IS SO STIPULATED**.

LOZEAU DRURY LLP

Dated:  August 26, 2022          By  _____/s/ Rebecca Davis_____
                                              REBECCA DAVIS

                                          *Attorney for Plaintiffs*
                                          LORETTA WILLIAMS

SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP

Dated: August 26, 2022         By      */s/ Jay T. Ramsey*
                                           JAY T. RAMSEY

*Attorneys for Defendant*
WHAT IF HOLDINGS, LLC

### ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff Loretta Williams whose electronic signature appears above has concurred in this filing.

August 26, 2022                      */s/ Jay T. Ramsey*
                                         Jay T. Ramsey

SMRH:4871-9325-0859.1