1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JAY T. RAMSEY Cal. Bar. No. 273160
2  1910 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
3  Telephone:  310.228.3700
   Facsimile:  310.228.3701
4  Email:      jramsey@sheppardmullin.com

5  KLEIN, MOYNIHAN, TURKO LLP
6  NEIL ASNEN (Pro Hac Application Forthcoming)
7  450 7th Ave.
   New York, New York 10123
8  Telephone:  212.246.0900
9  Email:      nasnen@kleinmoynihan.com

10 *Attorneys for Defendant What If Holdings,*
11 *LLC d/b/a C4R Media Corp.*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| LORETTA WILLIAMS, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHAT IF HOLDINGS, LLC d/b/a C4R MEDIA CORP., and ACTIVEPROSPECT, INC.<br><br>Defendants. | Case No. 3:22-cv-3780-WHA<br><br>*Assigned to the Hon. William Alsup*<br><br>**DEFENDANT WHAT IF HOLDINGS, LLC d/b/a C4R MEDIA CORP.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:  June 27, 2022<br>Trial Date:        None Set |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record for Defendant What If Holdings, LLC certifies that its parent is What if Media Group, LLC ("WIMG") and that no publicly-held corporation owns ten percent or more of it or of WIMG's stock.

Dated: September 12, 2022   SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP

By   */s/ Jay T. Ramsey*
JAY T. RAMSEY

*Attorneys for Defendant*
WHAT IF HOLDINGS, LLC