1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Loretta Williams,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**What If Holdings, LLC d/b/a C4R Media Corp.,** and **ActiveProsepct, Inc.**,<br><br>Defendants. | Case No. 3:22-cv-03780-WHA<br><br>[Assigned to Hon. William Alsup]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ACTIVEPROSPECT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing: December 15, 2022<br>Time: 8:00 a.m.<br>Location: Courtroom 12 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After considering the written submissions in support of and in opposition to the Motion to Dismiss filed by Defendant ActiveProspect, Inc, the records and documents on file in this case and the argument prepared by counsel appearing therefor, IT IS HEREBY ORDERED:

The Motion to Dismiss is Granted and Plaintiff's Complaint is Dismissed with Prejudice with respect to Defendant ActiveProspect, Inc.

DATED: _____        _____

Honorable William Alsup

Judge, United States District Court