UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>WHAT IF HOLDINGS, LLC, and ACTIVEPROSPECT, INC.,<br><br>    Defendants. | No. C 22-03780 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, final judgment is hereby entered in favor of defendants What If Holdings, LLC and ActiveProspect, Inc., and against plaintiff Loretta Williams. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 13, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE