# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: California Northern District

U.S. District Court case number: 3:22-cv-03780-WHA

Date case was first filed in U.S. District Court: 6/27/2022

Date of judgment or order you are appealing: 2/13/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Loretta Williams

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

3900 E. Mexico Ave.

Suite 300

City: Denver   State: CO   Zip Code: 80210

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Patrick Peluso   **Date** 3/7/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Loretta Williams

Name(s) of counsel (if any):
Steven L. Woodrow, Patrick H. Peluso

Address: 3900 E. Mexico Ave., Suite 300, Denver, CO 80210
Telephone number(s): 720-213-0676
Email(s): swoodrow@woodrowpeluso.com, ppeluso@woodrowpeluso.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
What If Holdings, LLC

Name(s) of counsel (if any):
Jay Thomas Ramsay, Neil E. Asnen

Address: 1910 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-
Telephone number(s): 310-228-2259
Email(s): jramsey@sheppardmullin.com, nasnen@kleinmoynihan.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     1                            *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
ActiveProspect, Inc.

Name(s) of counsel (if any):
Lauri Anne Mazzuchetti, Becca J. Wahlquist

Address: One Jefferson Road, 2nd Floor, Parsippany, NJ 07054

Telephone number(s): (973) 503-5910

Email(s): lmazzuchetti@kelleydrye.com, bwahlquist@kelleydrye.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                                      *Rev. 12/01/2018*